UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY LAMPTON, | ) | CASE NO. ED CV 08-0171-AHM (PJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J.L. NORWOOD, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has also reviewed de novo those portions of the Report to which Petitioner has filed objections. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: July 16, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE