UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LAMPTON,<br><br>             Petitioner,<br><br>    v.<br><br>J.L. NORWOOD,<br><br>             Respondent. | CASE NO. ED CV 08-0171-AHM (PJW)<br><br>J U D G M E N T |

    For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed with prejudice.

    DATED: July 16, 2009

                                          A. HOWARD MATZ
                                          UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED08CV00171AHM-J.wpd